United States District Court
Southern District of Texas
**ENTERED**
February 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| | | | |
|---|---|---|---|
| Division | Brownsville | Case Number | 1:26-CV-121 |
| Victorino Linares Castro | | | |
| *versus* | | | |
| Kristi Noem et al | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Evangeline Dhawan-Maloney<br>Robichaud, Schroepfer & Correia, P.A.<br>7500 Olson Memorial Highway<br>Suite 325<br>Golden Valley, MN 55427<br>(612) 333-3343<br>evangeline@robichaudlaw.com<br>License State: Minnesota<br>Bar Number: 0401317 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Victorino Linares Castro |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 2/9/2026 | Signed: [signature] |

The state bar reports that the applicant's status is: **Active**

| | |
|---|---|
| Dated: **2/11/2026** | Clerk's signature **/s/ Maricela Perez** |

## Order

**This lawyer is admitted *pro hac vice.***

Dated: February 11, 2026

[signature: Fernando Rodriguez, Jr.]
United States District Judge